THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021

**MEMO ENDORSED**

October 19, 2021

<u>Via: ECF</u>
Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007

        RE:    <u>Brown v. Mohamed M Aloubahi d/b/a Stop 1 Lexington Deli et al,</u>
               Docket: 1:21-cv-5661-PAE-KHP

Dear Judge Parker,

    The Parties jointly and respectfully request an adjournment of the initial conference currently scheduled for October 26, 2021. The Parties are currently engaged in fruitful settlement discussions and believe they are close to an agreement. Therefore, in order to reduce costs and preserve judicial resources, the Parties request a twenty-one (21) day adjournment of the initial conference. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

**APPLICATION GRANTED:** The initial Case Management Conference in this matter scheduled for Tuesday, October 26, 2021 at 11:15 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>**Thursday, November 18, 2021 at 10:00 a.m.**</u>

APPLICATION GRANTED
*/s/ Katharine H. Parker/*
Hon. Katharine H. Parker, U.S.M.J.
            10/20/2021

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
     Bradly G. Marks

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com