```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALTAUNE BROWN,

                                    Plaintiff,

              -against-

MOHAMED M ALOUBAHI d/b/a
STOP 1 LEXINGTON DELI AND
1801 LEXINGTON REALTY CORP.,

                                    Defendants.

21-CV-5661 (PAE) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Settlement filed on November 15, 2021 (doc. no 17) the Initial Case Management Conference currently scheduled for **November 18, 2021** is hereby adjourned *sine die*.

                    **SO ORDERED.**

DATED:       New York, New York
                 November 15, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge